Larry L. STEWART, Plaintiff—
Appellant,

v.

Harvey BRYANT, Commonwealth
Attorney, Defendant—
Appellee.

No. 04–7051.

United States Court of Appeals,
Fourth Circuit.

Submitted Aug. 12, 2004.

Decided Aug. 20, 2004.

Larry L. Stewart, Appellant pro se.

Before NIEMEYER, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Larry L. Stewart appeals the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2000) action as not cognizable under *Heck v. Humphrey,* 512 U.S. 477, 114 S.Ct. 2364, 129 L.Ed.2d 383 (1994). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Stewart v. Bryant,* No. CA–04–606–1 (E.D. Va. June 7, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*